IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALEJANDRINA PEREZ TRUJILO, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 9:22cv94 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiffs Alejandrina Perez Trujilo and Jacinto De La Garza, Jointly and as Representatives of the Estate of Jacinto De La Garza, formerly an inmate confined at the Gib Lewis Unit, brought this lawsuit against the Texas Department of Criminal Justice, Correctional Institutions Division, the Gib Lewis Unit, Cody Deglandon, and Sargent Danna Warren.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

On April 11, 2023, the Plaintiffs and Defendants the Texas Department of Criminal Justice and Cody Deglandon filed a Stipulation of Dismissal (doc. #16), moving to have the cause of action dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). All parties who have appeared in the action signed the Stipulation of Dismissal. Thus, the parties are entitled to dismiss the case pursuant to a stipulation of dismissal.[1] *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the above-styled action should be dismissed.

Recommendation

The above-styled action should be dismissed without prejudice pursuant to the Stipulation of Dismissal filed by the parties.

---

[1] Defendants Gib Lewis Unit and Sargent Danna Warren have not appeared in the action. Therefore, in accordance with Rule 41(a)(1)(A)(ii), it is not necessary for such defendants to sign the Stipulation of Dismissal.

Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 17th day of April, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE