| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| ALEJANDRINA PEREZ TRUJILO, *et al.*, | § § § |
| Plaintiffs, | § § |
| *versus* | §   CIVIL ACTION NO. 9:22-CV-94 § |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § § § § |
| Defendants. | § |

**ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs Alejandrina Perez Trujilo and Jacinto De La Garza, Jointly and as Representatives of the Estate of Jacinto De La Garza, formerly an inmate confined at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, brought this lawsuit against the Texas Department of Criminal Justice, Correctional Institutions Division, the Gib Lewis Unit, Cody Deglandon, and Sargent Danna Warren.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the action without prejudice pursuant to the Stipulation of Dismissal filed by the parties.  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 12th day of May, 2023.

                                                   _____
                                                              MARCIA A. CRONE
                                                    UNITED STATES DISTRICT JUDGE